UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARC SCALISE, on behalf of himself
and others similarly situated,

       Plaintiff,

v.                                      Case No:  2:14-cv-247-FtM-38CM

BB&B MANAGEMENT CONSULTANTS,
INC., L D MANAGEMENT, INC.,
MACKIE-GLO, INC., LLOYD LATHROP,
and KRISTINA R. STEWART,

       Defendants.
_____/

## **ORDER**[1]

      This matter is before the Court on review of the file.  On December 31, 2014, Defendants informed the Court that the parties would mediate this case on February 11, 2015.  (Doc. #38).  Since that time, the parties have not advised the Court as to the status of mediation.  In addition, the Case Management and Scheduling Order (Doc. #29) and Middle District of Florida Local Rule 9.06(a) direct the mediator to file a written report with the Court within five (5) days of the mediation conference.  This report must indicate, among other things, whether the case settled.  To date, the Court has not received any such report.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

The parties shall advise the Court on or before **February 27, 2015**, as to the status mediation in accordance with the Case Management and Scheduling Order (Doc. #29) and Middle District of Florida Local Rules.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record