UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARC SCALISE, on behalf of
himself and others similarly situated,

       Plaintiff,

v.                                                  Case No: 2:14-cv-247-FtM-38CM

BB&B MANAGEMENT
CONSULTANTS, INC., a Florida
Profit Corporation, L D
MANAGEMENT, INC., a Florida
Profit Corporation, MACKIE-GLO,
INC., a Florida Profit Corporation,
LLOYD LATHROP, individually, and
KRISTINA R. STEWART,
individually,

       Defendant.
_____/

## **ORDER**[1]

This matter is before the Court on Plaintiff Marc Scalise and Defendants BB&B Management Consultants, Inc., L D Management, Inc., Mackie-Glo, Inc., Lloyd Lathrop, and Kristina R. Stewart's Stipulation of Dismissal With Prejudice (Doc. #42) filed on February 25, 2015.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff brought this action under the Fair Labor Standards Act and Article X, Section 24 of the Florida Constitution for unpaid minimum wage compensation, liquated damages, attorneys' fees, and costs.  (Doc. #32 at ¶ 1).  The parties now inform the Court that Plaintiff's claims against Defendants have been resolved in full without compromise. (Doc. #39; Doc. #42).  The Court thus does not need to review and approve the settlement for fairness.  See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982); King v. My Online Neighborhood, Inc., No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required." (citation omitted)).

In addition, Rule 41 of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  To that end, the parties dismiss this case with prejudice under Rule 41(a)(1)(A)(ii); and both parties have signed the Stipulation of Dismissal (Doc. #42).  The Court, therefore, dismisses the case with prejudice.

Accordingly, it is now

**ORDERED:**

1. Plaintiff Marc Scalise and Defendants BB&B Management Consultants, Inc., L D Management, Inc., Mackie-Glo, Inc., Lloyd Lathrop, and Kristina R. Stewart's Stipulation of Dismissal With Prejudice (Doc. #42) is **GRANTED**.  The Court **dismisses with prejudice** the Amended Complaint (Doc. #32).

2. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of February, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record